UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROSA M. FLORES,<br><br>    Plaintiff<br><br>v.<br><br>HILTON NEW ORLEANS, LLC D/B/A HILTON NEWORELANS RIVERSIDE<br><br>    Defendant. | DOCKET NO. 2:23-CV-1201-EEF-DPC<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE: DONNA PHILLIPS CURRAULT |

## ORDER

CONSIDERING THE MOTION of defendant, Hilton Management, LLC (previously misidentified as Hilton New Orleans, LLC ("Defendant"), for a stay the current deadlines in the case, including the deadline to respond to Plaintiff's Complaint for a period of 30 days, in anticipation of a final settlement between the Parties;

IT IS ORDERED that defendant's Motion is GRANTED and this matter and all deadlines are hereby stayed for a period of 30 days.

New Orleans, Louisiana, this 18th day of September, 2023.

_____
Donna Phillips Currault
United States Magistrate Judge

CLERK TO NOTIFY:
HON. ELDON E. FALLON